IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZACHARY BARKER et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE BOEING COMPANY | : | No. 12-6684 |

## ORDER AND JUDGMENT

**AND NOW**, this 13th day of May, 2014, having considered Defendant's Motion for Summary Judgment (Doc. 29), Plaintiffs' responses (Docs. 30, 32, 34), and Defendant's Reply (Doc. 31), and having held oral argument, it is hereby **ORDERED**, for the reasons explained in the accompanying Memorandum, that the motion (Doc. 29) is **GRANTED.**

**IT IS FURTHER ORDERED** that:

1. **JUDGMENT** is entered in favor of Defendant, The Boeing Company, and against Plaintiffs Zachary Barker, Francis X. Boyd, Jr. and David W. Smith.

2. The Clerk of Court shall mark this action **CLOSED** for statistical purposes.

BY THE COURT:

**/s/ L. Felipe Restrepo**
L. FELIPE RESTREPO
UNITED STATES DISTRICT JUDGE